FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0032



Bowen Greenwood
CLERK



Clerk of the Montana Supreme Court
P.O. Box 203003
Helena, MT 59620-3003
406-444-3858 phone
406-444-5705 fax

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 25-0032

DEANA L. THOMAS,

    Petitioner,

    v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

---

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: January 13, 2025.

BOWEN GREENWOOD
Clerk of the Supreme Court